# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| DIEHL, JAMIE | § | Case No. 10-71509 |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter    of the United States Bankruptcy Code was filed on
   . The undersigned trustee was appointed on              .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                          $

   Funds were disbursed in the following amounts:

   Payments made under an interim disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]                       $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____[2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____  By:/s/DANIEL M. DONAHUE_____
                                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit A

| Case No: | 10-71509 | MLB | Judge: MANUEL BARBOSA | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|---|---|
| Case Name: | DIEHL, JAMIE | | | Date Filed (f) or Converted (c): | 03/29/10 (f) |
| | | | | 341(a) Meeting Date: | 05/20/10 |
| For Period Ending: | 08/07/14 | | | Claims Bar Date: | 05/17/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 504 W. 1st St., Mt. Morris, IL | 90,000.00 | 0.00 | | 0.00 | FA |
| 2. 20 acres of agricultural property | 100,000.00 | 24,000.00 | | 24,000.00 | FA |
| 3. Cash on hand | 500.00 | 0.00 | | 0.00 | FA |
| 4. Midwest Operating Engineers CU checking | 50.00 | 0.00 | | 0.00 | FA |
| 5. Midwest Operating Engineers CU savings | 5.00 | 0.00 | | 0.00 | FA |
| 6. Sterling Federal Bank checking | 1,500.00 | 0.00 | | 0.00 | FA |
| 7. Sterilng Federal Bank savings | 150.00 | 0.00 | | 0.00 | FA |
| 8. Forreston Bank cattle account | 1.00 | 0.00 | | 0.00 | FA |
| 9. Forreston Bank Jaimie Diehl Trucking account | 1.00 | 0.00 | | 0.00 | FA |
| 10. Household goods and furnishings | 6,000.00 | 0.00 | | 0.00 | FA |
| 11. Wearing Apparel | 200.00 | 0.00 | | 0.00 | FA |
| 12. 12 gauge shotgun | 500.00 | 0.00 | | 0.00 | FA |
| 13. Local 150 Operating Engineers Pension interest | 90,000.00 | 0.00 | | 0.00 | FA |
| 14. Premier Forest Products | 650.00 | 0.00 | | 0.00 | FA |
| 15. 1999 Chev. Suburban | 6,000.00 | 0.00 | | 0.00 | FA |
| 16. 1992 GMC 1500 | 2,500.00 | 0.00 | | 0.00 | FA |
| 17. 1983 GMC dump truck | 3,000.00 | 0.00 | | 0.00 | FA |
| 18. Vehicle & trailer spare parts | 500.00 | 0.00 | | 0.00 | FA |
| 19. Hand tools | 300.00 | 0.00 | | 0.00 | FA |
| 20. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 21. Post-Petition Interest Deposits (u) | Unknown | 1.11 | | 1.11 | FA |
| 22. 2010 federal tax refund (u) | 813.12 | 0.00 | | 0.00 | FA |
| 23. 2010 State of Illinois tax refund (u) | 94.56 | 0.00 | | 0.00 | FA |
| 24. Claims against Foreston State Bank (u) | 0.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

LFORM1   UST Form 101-7-TFR (5/1/2011) *(Page: 3)*   Ver: 18.00b

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Case No:     10-71509     MLB     Judge: MANUEL BARBOSA  
Case Name:   DIEHL, JAMIE  

Trustee Name:                       DANIEL M. DONAHUE  
Date Filed (f) or Converted (c):    03/29/10 (f)  
341(a) Meeting Date:                05/20/10  
Claims Bar Date:                    05/17/11  

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $302,764.68 | $24,001.11 | | $24,001.11 | $0.00 |

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Nothing remains to be done.

Initial Projected Date of Final Report (TFR): 06/01/13     Current Projected Date of Final Report (TFR): 08/01/14

LFORM1   UST Form 101-7-TFR (5/1/2011) *(Page: 4)*                                                                          Ver: 18.00b

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 10-71509 -MLB | | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|---|
| Case Name: | DIEHL, JAMIE | | Bank Name: | Bank of America, NA |
| | | | Account Number / CD #: | *******3859  MONEY MARKET |
| Taxpayer ID No: | *******9642 | | | |
| For Period Ending: | 08/07/14 | | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/26/11 | 2 | TYFB, LLC 15548 W. GOOSE HOLLOW RD. POLO, IL  61064-9248 | SALE PROCEEDS: REAL PROP | 1110-000 | 24,000.00 | | 24,000.00 |
| 07/29/11 | 21 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.02 | | 24,000.02 |
| 08/31/11 | 21 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.21 | | 24,000.23 |
| 09/30/11 | 21 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.20 | | 24,000.43 |
| 10/31/11 | 21 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.20 | | 24,000.63 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 30.58 | 23,970.05 |
| 11/30/11 | 21 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.20 | | 23,970.25 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 29.55 | 23,940.70 |
| 12/22/11 | 001000 | MCGREEVY WILLIAMS, P.C. | ATTORNEY'S FEES - 1st Fee Appl. | 3110-000 | | 6,390.00 | 17,550.70 |
| 12/22/11 | 001001 | MCGREEVY WILLIAMS, P.C. | ATTORNEY'S EXPENSES - 1ST FEE APPL. | 3120-000 | | 94.13 | 17,456.57 |
| 12/30/11 | 21 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.19 | | 17,456.76 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 28.72 | 17,428.04 |
| 01/19/12 | 21 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.09 | | 17,428.13 |
| 01/19/12 | | Transfer to Acct #*******3762 | Bank Funds Transfer | 9999-000 | | 17,428.13 | 0.00 |

| | COLUMN TOTALS | 24,001.11 | 24,001.11 | 0.00 |
|---|---|---|---|---|
| | Less:  Bank Transfers/CD's | 0.00 | 17,428.13 | |
| | Subtotal | 24,001.11 | 6,572.98 | |
| | Less:  Payments to Debtors | | 0.00 | |
| | Net | 24,001.11 | 6,572.98 | |

Page Subtotals       24,001.11       24,001.11

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2
Exhibit B

| Case No: | 10-71509 -MLB | | Trustee Name: | DANIEL M. DONAHUE |
| Case Name: | DIEHL, JAMIE | | Bank Name: | CONGRESSIONAL BANK |
| | | | Account Number / CD #: | *******3762 GENERAL CHECKING |
| Taxpayer ID No: | *******9642 | | | |
| For Period Ending: | 08/07/14 | | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/19/12 | | Transfer from Acct #*******3859 | Bank Funds Transfer | 9999-000 | 17,428.13 | | 17,428.13 |
| 06/19/12 | 000100 | INTERNATIONAL SURETIES, LTD. 701 POYDRAS ST., STE. 420 NEW ORLEANS, LA 70139 | BLANKET BOND - BOND #016018067 | 2300-000 | | 14.04 | 17,414.09 |
| * 04/08/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE | 2600-003 | | 16.70 | 17,397.39 |
| * 04/08/13 | | Reverses Adjustment OUT on 04/08/13 | BANK SERVICE FEE INCORRECT DATE - RE-ENTER TO SHOW DATE OF 3/8/13 ACTUAL DATE OF DEBIT | 2600-003 | | -16.70 | 17,414.09 |
| 04/08/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE (February, 2013) | 2600-000 | | 16.70 | 17,397.39 |
| 04/22/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE (March, 2013) | 2600-000 | | 18.47 | 17,378.92 |
| 05/09/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE - April, 2013 | 2600-000 | | 17.87 | 17,361.05 |
| 06/04/13 | 000101 | INTERNATIONAL SURETIES, LTD. ONE SHELL SQUARE 701 POYDRAS ST., STE. 420 NEW ORLEANS, LA 70139 | Blanket Bond | 2300-000 | | 14.34 | 17,346.71 |
| 06/04/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE - May, 2013 | 2600-000 | | 18.44 | 17,328.27 |
| 07/05/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE - June, 2013 | 2600-000 | | 17.81 | 17,310.46 |
| 08/05/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE (July, 2013) | 2600-000 | | 18.38 | 17,292.08 |
| 09/11/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE - August, 2013 | 2600-000 | | 18.36 | 17,273.72 |
| 10/03/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE - September, 2013 | 2600-000 | | 17.75 | 17,255.97 |
| 11/05/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE - October, 2013 | 2600-000 | | 18.32 | 17,237.65 |
| 12/05/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE - November, 2013 | 2600-000 | | 17.71 | 17,219.94 |
| 01/08/14 | | CONGRESSIONAL BANK | BANK SERVICE FEE - December, 2013 | 2600-000 | | 18.28 | 17,201.66 |
| 02/06/14 | | CONGRESSIONAL BANK | BANK SERVICE FEE - January, 2014 | 2600-000 | | 18.27 | 17,183.39 |
| 02/19/14 | 000102 | WIPFLI, LLP POB 3160 MILWAUKEE, WI 53201-3160 | ACCOUNTING FEES Invoice 779893 | 3410-000 | | 630.00 | 16,553.39 |
| 03/05/14 | | CONGRESSIONAL BANK | BANK SERVICE FEE - February, 2014 | 2600-000 | | 16.39 | 16,537.00 |
| | | | Page Subtotals | | 17,428.13 | 891.13 | |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3
Exhibit B

| Case No: | 10-71509 -MLB | | Trustee Name: | DANIEL M. DONAHUE |
| --- | --- | --- | --- | --- |
| Case Name: | DIEHL, JAMIE | | Bank Name: | CONGRESSIONAL BANK |
| | | | Account Number / CD #: | *******3762 GENERAL CHECKING |
| Taxpayer ID No: | *******9642 | | | |
| For Period Ending: | 08/07/14 | | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/07/14 | | CONGRESSIONAL BANK | BANK SERVICE FEE - March, 2014 | 2600-000 | | 17.56 | 16,519.44 |
| 05/08/14 | | CONGRESSIONAL BANK | BANK SERVICE FEE - April, 2014 | 2600-000 | | 16.98 | 16,502.46 |
| 06/04/14 | 000103 | INTERNATIONAL SURETIES, LTD. | Bond Premium (#016018067) | 2300-000 | | 13.37 | 16,489.09 |
| | | 701 POYDRAS ST., STE. 420 | | | | | |
| | | NEW ORLEANS, LA 70139 | | | | | |
| 06/04/14 | | CONGRESSIONAL BANK | BANK SERVICE FEE - May, 2014 | 2600-000 | | 17.52 | 16,471.57 |

| | | | |
| --- | --- | --- | --- |
| COLUMN TOTALS | 17,428.13 | 956.56 | 16,471.57 |
| Less: Bank Transfers/CD's | 17,428.13 | 0.00 | |
| Subtotal | 0.00 | 956.56 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 956.56 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| --- | --- | --- | --- |
| TOTAL - ALL ACCOUNTS | | | |
| MONEY MARKET - ********3859 | 24,001.11 | 6,572.98 | 0.00 |
| GENERAL CHECKING - ********3762 | 0.00 | 956.56 | 16,471.57 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 24,001.11 | 7,529.54 | 16,471.57 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals   0.00   65.43

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: August 07, 2014 |
|---|---|---|---|---|---|---|

Case Number:   10-71509  
Debtor Name:   DIEHL, JAMIE

Claim Type Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 001<br>2100-00 | DANIEL M. DONAHUE | Administrative | | $0.00 | $3,150.11 | $3,150.11 |
| BOND<br>999<br>2300-00 | INTERNATIONAL SURETIES, LTD.<br>701 POYDRAS ST., STE. 420<br>NEW ORLEANS, LA 70139 | Administrative | | $0.00 | $14.04 | $14.04 |
| BOND<br>999<br>2300-00 | INTERNATIONAL SURETIES, LTD.<br>ONE SHELL SQUARE<br>701 POYDRAS ST., STE. 420<br>NEW ORLEANS, LA 70139 | Administrative | | $0.00 | $27.71 | $27.71 |
| 001<br>3110-00 | MCGREEVY WILLIAMS | Administrative | | $0.00 | $9,000.00 | $9,000.00 |
| 001<br>3120-00 | MCGREEVY WILLIAMS | Administrative | | $0.00 | $300.40 | $300.40 |
| 001<br>3420-00 | WIPFLI LLP | Administrative | | $0.00 | $630.00 | $630.00 |
| 000001A<br>050<br>4110-00 | Forreston State Bank<br>c/o Attorney Craig Willette<br>1318 E. State Street<br>Rockford, IL 61104 | Secured | | $0.00 | $75,000.00 | $75,000.00 |
| 000007<br>050<br>4220-00 | Carroll Service Company<br>c/o Attorney Edward J. Mitchell<br>110 N. Broad Street<br>Lanark, IL 61046 | Secured | | $0.00 | $15,524.33 | $15,524.33 |
| 000011A<br>058<br>5800-00 | Internal Revenue Service<br>Box 21126<br>Philadelphia, PA 19114 | Priority | | $0.00 | $13,333.04 | $13,333.04 |
| 000012<br>058<br>5800-00 | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, IL 60664-0338 | Priority | | $0.00 | $4,605.00 | $4,605.00 |

| Page 2 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: August 07, 2014 |
|---|---|---|---|---|---|---|

Case Number:    10-71509              Claim Type Sequence
Debtor Name:    DIEHL, JAMIE

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000001B<br>070<br>7100-00 | Forreston State Bank<br>c/o Attorney Craig Willette<br>1318 E. State Street<br>Rockford, IL 61104 | Unsecured | | $0.00 | $307,265.50 | $307,265.50 |
| 000002<br>070<br>7100-00 | RRCA Accounts Management Inc.<br>201 E. 3rd Street<br>Sterling, IL 61081-3611 | Unsecured | | $0.00 | $1,181.26 | $1,181.26 |
| 000003<br>070<br>7100-00 | American InfoSource LP as agent for<br>Citibank N.A.<br>PO Box 248840<br>Oklahoma City, OK 73124-8840 | Unsecured | | $0.00 | $35,685.25 | $35,685.25 |
| 000004<br>070<br>7100-00 | Milledgeville Farmers Elevator Co.<br>P.O. Box 878<br>Milledgeville, IL 61051 | Unsecured | | $0.00 | $7,585.64 | $7,585.64 |
| 000005<br>070<br>7100-00 | Citicorp Trust Bank<br>P.O. Box 140489<br>Irving, TX 75014-0489 | Unsecured | | $0.00 | $9,044.24 | $9,044.24 |
| 000006<br>070<br>7100-00 | Seth Wilson Grinding<br>1042 - 425th Avenue<br>Miles, IA 52064-9600 | Unsecured | | $0.00 | $1,460.36 | $1,460.36 |
| 000008<br>070<br>7100-00 | Whatever It Takes Repair, Inc.<br>c/o Trent L. Bush<br>Ward, Murray, Pace & Johnson, P.C.<br>202 E. 5th Street, P.O. Box 400<br>Sterling, IL 61270 | Unsecured | | $0.00 | $16,801.91 | $16,801.91 |
| 000009<br>070<br>7100-00 | Harold Diehl<br>c/o Megan G. Heeg<br>215 E. First Street, Box 447<br>Dixon, IL 61021 | Unsecured | | $0.00 | $176,400.00 | $176,400.00 |
| 000010<br>070<br>7100-00 | Christopher Diehl<br>c/o Megan G. Heeg<br>215 E. First Street, Box 447<br>Dixon, IL 61021 | Unsecured | | $0.00 | $25,919.64 | $25,919.64 |
| 000011B<br>070<br>7100-00 | Internal Revenue Service<br>Box 21126<br>Philadelphia, PA  19114 | Unsecured | | $0.00 | $3,419.75 | $3,419.75 |
| | Case Totals: | | | $0.00 | $706,348.18 | $706,348.18 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 10-71509
Case Name: DIEHL, JAMIE
Trustee Name: DANIEL M. DONAHUE

Balance on hand $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: DANIEL M. DONAHUE | $ | $ | $ |
| Attorney for Trustee Fees: MCGREEVY WILLIAMS | $ | $ | $ |
| Attorney for Trustee Expenses: MCGREEVY WILLIAMS | $ | $ | $ |
| Accountant for Trustee Expenses: WIPFLI LLP | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses  $_____

Remaining Balance  $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $_____ must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000011A | Internal Revenue Service | $ | $ | $ |
| 000012 | Illinois Department of Revenue | $ | $ | $ |

Total to be paid to priority creditors     $_____

Remaining Balance     $_____

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $          have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be     percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001B | Forreston State Bank | $ | $ | $ |
| 000002 | RRCA Accounts Management Inc. | $ | $ | $ |
| 000003 | American InfoSource LP as agent for | $ | $ | $ |
| 000004 | Milledgeville Farmers Elevator Co. | $ | $ | $ |
| 000005 | Citicorp Trust Bank | $ | $ | $ |
| 000006 | Seth Wilson Grinding | $ | $ | $ |
| 000008 | Whatever It Takes Repair, Inc. | $ | $ | $ |
| 000009 | Harold Diehl | $ | $ | $ |
| 000010 | Christopher Diehl | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000011B | Internal Revenue Service | $ | $ | $ |

  Total to be paid to timely general unsecured creditors  $_____

  Remaining Balance  $_____


  Tardily filed claims of general (unsecured) creditors totaling $     have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be     percent.

  Tardily filed general (unsecured) claims are as follows:

NONE


  Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $     have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be     percent.

  Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE