UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
DIEHL, JAMIE § Case No. 10-71509
§
Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that DANIEL M. DONAHUE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
   U.S. Bankruptcy Clerk's Office
   Stanley J. Roszkowski U.S. Courthouse
   327 South Church Street
   Room 1100
   Rockford, Illinois 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 09/10/2014 in Courtroom 3100,
   United States Courthouse
   327 South Church Street
   Rockford, IL 61101
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____          By: /s/ Daniel M. Donahue_____
                                                Trustee


*DANIEL M. DONAHUE*
*P.O. BOX 2903*
*ROCKFORD, IL 61132-2903*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
§
DIEHL, JAMIE § Case No. 10-71509
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 24,001.11 |
| and approved disbursements of | $ | 7,529.54 |
| leaving a balance on hand of[1] | $ | 16,471.57 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: DANIEL M. DONAHUE | $ 3,150.11 | $ 0.00 | $ 3,150.11 |
| Attorney for Trustee Fees: MCGREEVY WILLIAMS | $ 9,000.00 | $ 6,390.00 | $ 2,610.00 |
| Attorney for Trustee Expenses: MCGREEVY WILLIAMS | $ 300.40 | $ 94.13 | $ 206.27 |
| Accountant for Trustee Expenses: WIPFLI LLP | $ 630.00 | $ 630.00 | $ 0.00 |

| | | |
|---|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ | 5,966.38 |
| Remaining Balance | $ | 10,505.19 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 17,938.04 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000011A | Internal Revenue Service | $ 13,333.04 | $ 0.00 | $ 7,808.33 |
| 000012 | Illinois Department of Revenue | $ 4,605.00 | $ 0.00 | $ 2,696.86 |
| | Total to be paid to priority creditors | | | $ 10,505.19 |
| | Remaining Balance | | | $ 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 584,763.55 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001B | Forreston State Bank | $ 307,265.50 | $ 0.00 | $ 0.00 |
| 000002 | RRCA Accounts Management Inc. | $ 1,181.26 | $ 0.00 | $ 0.00 |
| 000003 | American InfoSource LP as agent for | $ 35,685.25 | $ 0.00 | $ 0.00 |
| 000004 | Milledgeville Farmers Elevator Co. | $ 7,585.64 | $ 0.00 | $ 0.00 |
| 000005 | Citicorp Trust Bank | $ 9,044.24 | $ 0.00 | $ 0.00 |
| 000006 | Seth Wilson Grinding | $ 1,460.36 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000008 | Whatever It Takes Repair, Inc. | $ 16,801.91 | $ 0.00 | $ 0.00 |
| 000009 | Harold Diehl | $ 176,400.00 | $ 0.00 | $ 0.00 |
| 000010 | Christopher Diehl | $ 25,919.64 | $ 0.00 | $ 0.00 |
| 000011B | Internal Revenue Service | $ 3,419.75 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors         $         0.00

Remaining Balance         $         0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Daniel M. Donahue
Trustee

DANIEL M. DONAHUE
P.O. BOX 2903
ROCKFORD, IL 61132-2903

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 10-71509-TML
Jamie Diehl                                                         Chapter 7
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-3          User: vgossett             Page 1 of 2              Date Rcvd: Aug 20, 2014
                              Form ID: pdf006            Total Noticed: 49

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 22, 2014.
db            #Jamie Diehl,    504 W. 1st Street,    Mount Morris, IL 61054-1017
15333440     +Attorney David Badger,    215 E. First Street, Suite 100,    P.O. Box 447,    Dixon, IL 61021-0447
15333441     +Attorney Edward J. Mitchell,    110 North Broad Street,    Lanark, IL 61046-1004
15333443     +BAC Home Loans,    504 W. 1st Street,    Mount Morris, IL 61054-1017
15333444     +Blackhawk FBFM,    115 S. Walnut Avenue,    Freeport, IL 61032-4332
15333445      Blatt Hasenmiller Leibsker & Moore,    125 S Wacker Drive,    Suite 400,    Chicago, IL 60606-4440
15333446     +Bushmans Service,    309 Washington,    Milledgeville, IL 61051-9292
15333449     ++CITIBANK,    PO BOX 6043,    SIOUX FALLS SD 57117-6043
              (address filed with court: Citi,    P.O. Box 183041,    Columbus, OH 43218-3041)
15333447      Capital One Bank (USA), N.A.,    P.O. Box 6492,    Carol Stream, IL 60197-6492
17196722      Carroll Service Company,    P.O. Box 25,    Lanark, IL 61046-0025
15333448     +Carroll Service Company,    c/o Attorney Edward J. Mitchell,    110 N. Broad Street,
               Lanark, IL 61046-1004
15333450      Citi Cards,    P.O. Box 6077,    Sioux Falls, SD 57117-6077
15333451      Citibank,    P.O. Box 6497,    Sioux Falls, SD 57117-6497
15333452      Citifinancial,    P.O. Box 6003,    Hagerstown, MD 21747-6003
15333454     +Dakota Coop,    5984 IL Rt 75 E,    Dakota, IL 61018-9536
15333455     +Farm Plan,    FPC Financiall f.s.b.,    8402 Excelsior Dr.,    Madison, WI 53717-1909
15333456     +Forreston State Bank,    c/o Attorney Craig Willette,    1318 E. State Street,
               Rockford, IL 61104-2228
15333457     +Holland & Sons, Inc.,    Route 26 North,    20144 1800 North Avenue,    Princeton, IL 61356-8300
18124091     ++ILLINOIS DEPARTMENT OF REVENUE,    BANKRUPTCY DEPARTMENT,    P O BOX 64338,    CHICAGO IL 60664-0338
              (address filed with court: Illinois Department of Revenue,    100 W. Randolph St., #7-400 Unit,
               Chicago, IL  60601)
18479812      Illinois Department of Revenue,    Bankruptcy Section,    P.O. Box 64338,    Chicago, IL 60664-0338
15333458     +Irv's Repair, Inc.,    P.O. Box 98,    701 N. Calvert Ave.,    Chadwick, IL 61014-9445
15333459      John Deere Credit,    6400 NW 86th Street,    P.O. Box 6600,    Johnston, IA 50131-6600
15333460     +Lincolnway Auto Electric,    598 Palmyra Road,    Dixon, IL 61021-9133
15333462      Macy's,    P.O. Box 183084,    Columbus, OH 43218-3084
15333461      Macy's,    P.O. Box 689195,    Des Moines, IA 50368-9195
15333463     +McClure, McClure & Thomas,    113 State Street,    P.O. Box 170,    Beardstown, IL 62618-0170
15333464      Midwest Operating Eng CU,    6160 Joliet Road,    La Grange, IL 60525-7275
15333465     +Milledgeville Farmers Elevator Co.,    P.O. Box 878,    Milledgeville, IL 61051-0878
15333466   ++++NORTH'S OIL COMPANY, INC.,    PO BOX 618,    1435 IL ROUTE 38,    DIXON IL 61021-8861
              (address filed with court: North's Oil Company, Inc.,    P.O. Box 618,    1435 Franklin Grove,
               Dixon, IL 61021)
15333467      Northern Grain Marketing, L.L.C.,    100 South First Street,    Harmon, IL 61042
15333468     +Pearl City Elevator, Inc.,    P.O. Box 248,    Pearl City, IL 61062-0248
15333469     +Polhill's Inc.,    424 N. Main,    P.O. Box 818,    Milledgeville, IL 61051-0818
15333470      RRCA Accounts Management Inc.,    201 E. 3rd Street,    Sterling, IL 61081-3611
15333472      Seth Wilson Grinding,    1042 - 425th Avenue,    Miles, IA 52064-9600
15333473      Shell,    Processing Center,    P.O. Box 183018,    43218-3018
15333474     +Stranberg Transport Ltd.,    4822 N. Town Hall Rd.,    Oregon, IL 61061-9367
15333475     +Sunrise AG Service Company,    P.O. Box 108,    Virginia, IL 62691-0108
15333479     +Visa,    9111 Duke Blvd.,    Mason, OH 45040-8999
15333478      Visa,    P.O. Box 4521,    Carol Stream, IL 60197-4521
15333480     +WhatEver Truck Repair,    2328 S. Galena,    Dixon, IL 61021-9608
17224510     +Whatever It Takes Repair, Inc.,    c/o Trent L. Bush,    Ward, Murray, Pace & Johnson, P.C.,
               202 E. 5th Street, P.O. Box 400,    Sterling, IL 61081-0400

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
16879553       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 21 2014 00:55:49
                American InfoSource LP as agent for,    Citibank (South Dakota) N.A.,    PO Box 248840,
                Oklahoma City, OK  73124-8840
17542567       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 21 2014 00:56:16
                American InfoSource LP as agent for Citibank N.A.,    PO Box 248840,
                Oklahoma City, OK  73124-8840
17269909     +E-mail/Text: kathy@egblc.com Aug 21 2014 00:53:23     Christopher Diehl,    c/o Megan G. Heeg,
                215 E. First Street, Box 447,    Dixon, IL 61021-3166
17269904     +E-mail/Text: kathy@egblc.com Aug 21 2014 00:53:23     Harold Diehl,    c/o Megan G. Heeg,
                215 E. First Street, Box 447,    Dixon, IL 61021-3166
18124089      E-mail/Text: cio.bncmail@irs.gov Aug 21 2014 00:51:05     Dept. of Treasury,
                Internal Revenue Service,    Kansas City, MO  64999-0002
18113834      E-mail/Text: cio.bncmail@irs.gov Aug 21 2014 00:51:05     Internal Revenue Service,    Box 21126,
                Philadelphia, PA 19114
15333476      E-mail/Text: bankruptcydepartment@ncogroup.com Aug 21 2014 00:52:12     Transworld Systems Inc.,
                P.O. Box 4903,    Trenton, NJ 08650-4903
15333477      E-mail/Text: bnc@ursi.com Aug 21 2014 00:50:55     United Recovery Systems,    P.O. Box 722910,
                Houston, TX 77272-2910
                                                                                              TOTAL: 8

```
District/off: 0752-3            User: vgossett               Page 2 of 2                  Date Rcvd: Aug 20, 2014
                                Form ID: pdf006              Total Noticed: 49


              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty             McGreevy Williams
18124090*     ++ILLINOIS DEPARTMENT OF REVENUE,    BANKRUPTCY DEPARTMENT,    P O BOX 64338,    CHICAGO IL 60664-0338
               (address filed with court: Illinois Department of Revenue,    Willard Ice Building,
                 101 W. Jefferson Street, Box 19040,    Springfield, IL 62702)
18124092*     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
               (address filed with court: Internal Revenue Service,    Box 21126,    Philadelphia, PA   19114)
15333471*      RRCA Accounts Management, Inc.,    201 E. 3rd Street,    Sterling, IL 61081-3611
15333442      ##+Attorney Todd Strong,    Strong Law Offices,    3618 North Sterling,    Peoria, IL 61604-1136
15333453      ##CNH Capital,    P.O. Box 1083,    Evansville, IN 47706-1083
17017276      ##Citicorp Trust Bank,    P.O. Box 140489,    Irving, TX 75014-0489
18124122      ##+Darci Diehl,    504 W. First Street,    Mount Morris, IL 61054-1017
                                                                                             TOTALS: 1, * 3, ## 4
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 22, 2014                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 19, 2014 at the address(es) listed below:
           Craig A Willette    on behalf of Plaintiff    Forreston State Bank craigwillette@comcast.net
           Craig A Willette    on behalf of Creditor    Forreston State Bank craigwillette@comcast.net
           Daniel Donahue     ddonahue@mjwpc.com, ddonahue@ecf.epiqsystems.com
           Daniel Donahue     on behalf of Trustee Daniel   Donahue ddonahue@mjwpc.com,
            ddonahue@ecf.epiqsystems.com
           Daniel M Donahue    on behalf of Trustee Daniel   Donahue ddonahue@mjwpc.com
           Jason H Rock    on behalf of Debtor Jamie   Diehl jrock@bslbv.com
           Jeffrey Spector    on behalf of Creditor    BAC HOME LOANS SERVICING LP FKA COUNTRYWIDE HOME LOANS
            SERVICING LP jeff.spector@clientservices.com
           Megan G Heeg    on behalf of Creditor Harold G. Diehl heeg@egblc.com
           Megan G Heeg    on behalf of Creditor Christopher G Diehl heeg@egblc.com
           Megan G Heeg    on behalf of Debtor Jamie   Diehl heeg@egblc.com
           Megan G Heeg    on behalf of Defendant Jamie   Diehl heeg@egblc.com
           Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
                                                                                              TOTAL: 12
```