UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
§
DIEHL, JAMIE § Case No. 10-71509
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

DANIEL M. DONAHUE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on ___. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____ By:/s/DANIEL M. DONAHUE_____
                                                                  Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000001A | FORRESTON STATE BANK |  |  |  |  |  |
| 000007 | CARROLL SERVICE COMPANY |  |  |  |  |  |
| **TOTAL SECURED CLAIMS** |  |  | **$** | **$** | **$** | **$** |

EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DANIEL M. DONAHUE | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| MCGREEVY WILLIAMS | | | | | |
| MCGREEVY WILLIAMS | | | | | |
| MCGREEVY WILLIAMS | | | | | |
| MCGREEVY WILLIAMS | | | | | |
| WIPFLI, LLP | | | | | |
| WIPFLI LLP | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000012 | ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| 000011A | INTERNAL REVENUE SERVICE | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000003 | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |
| 000010 | CHRISTOPHER DIEHL | | | | | |
| 000005 | CITICORP TRUST BANK | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000001B | FORRESTON STATE BANK | | | | | |
| 000009 | HAROLD DIEHL | | | | | |
| 000011B | INTERNAL REVENUE SERVICE | | | | | |
| 000004 | MILLEDGEVILLE FARMERS ELEVATOR CO. | | | | | |
| 000002 | RRCA ACCOUNTS MANAGEMENT INC. | | | | | |
| 000006 | SETH WILSON GRINDING | | | | | |
| 000008 | WHATEVER IT TAKES REPAIR, INC. | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

UST Form 101-7-TDR (5/1/2011) *(Page: 7)*

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 10-71509 | MLB | Judge: MANUEL BARBOSA | | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|---|---|---|
| Case Name: | DIEHL, JAMIE | | | | Date Filed (f) or Converted (c): | 03/29/10 (f) |
| | | | | | 341(a) Meeting Date: | 05/20/10 |
| For Period Ending: | 10/13/14 | | | | Claims Bar Date: | 05/17/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 504 W. 1st St., Mt. Morris, IL | 90,000.00 | 0.00 | | 0.00 | FA |
| 2. 20 acres of agricultural property | 100,000.00 | 24,000.00 | | 24,000.00 | FA |
| 3. Cash on hand | 500.00 | 0.00 | | 0.00 | FA |
| 4. Midwest Operating Engineers CU checking | 50.00 | 0.00 | | 0.00 | FA |
| 5. Midwest Operating Engineers CU savings | 5.00 | 0.00 | | 0.00 | FA |
| 6. Sterling Federal Bank checking | 1,500.00 | 0.00 | | 0.00 | FA |
| 7. Sterilng Federal Bank savings | 150.00 | 0.00 | | 0.00 | FA |
| 8. Forreston Bank cattle account | 1.00 | 0.00 | | 0.00 | FA |
| 9. Forreston Bank Jaimie Diehl Trucking account | 1.00 | 0.00 | | 0.00 | FA |
| 10. Household goods and furnishings | 6,000.00 | 0.00 | | 0.00 | FA |
| 11. Wearing Apparel | 200.00 | 0.00 | | 0.00 | FA |
| 12. 12 gauge shotgun | 500.00 | 0.00 | | 0.00 | FA |
| 13. Local 150 Operating Engineers Pension interest | 90,000.00 | 0.00 | | 0.00 | FA |
| 14. Premier Forest Products | 650.00 | 0.00 | | 0.00 | FA |
| 15. 1999 Chev. Suburban | 6,000.00 | 0.00 | | 0.00 | FA |
| 16. 1992 GMC 1500 | 2,500.00 | 0.00 | | 0.00 | FA |
| 17. 1983 GMC dump truck | 3,000.00 | 0.00 | | 0.00 | FA |
| 18. Vehicle & trailer spare parts | 500.00 | 0.00 | | 0.00 | FA |
| 19. Hand tools | 300.00 | 0.00 | | 0.00 | FA |
| 20. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 21. Post-Petition Interest Deposits (u) | Unknown | 1.11 | | 1.11 | FA |
| 22. 2010 federal tax refund (u) | 813.12 | 0.00 | | 0.00 | FA |
| 23. 2010 State of Illinois tax refund (u) | 94.56 | 0.00 | | 0.00 | FA |
| 24. Claims against Foreston State Bank (u) | 0.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

| Case No: | 10-71509   MLB   Judge: MANUEL BARBOSA | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|
| Case Name: | DIEHL, JAMIE | Date Filed (f) or Converted (c): | 03/29/10 (f) |
| | | 341(a) Meeting Date: | 05/20/10 |
| | | Claims Bar Date: | 05/17/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $302,764.68 | $24,001.11 | | $24,001.11 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Nothing remains to be done.

Initial Projected Date of Final Report (TFR): 06/01/13        Current Projected Date of Final Report (TFR): 08/01/14

LFORM1                                                                                                                                                  Ver: 18.01
**UST Form 101-7-TDR (5/1/2011)** *(Page: 9)*

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-71509 -MLB | | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|---|
| Case Name: | DIEHL, JAMIE | | Bank Name: | Bank of America, NA |
| | | | Account Number / CD #: | *******3859 MONEY MARKET |
| Taxpayer ID No: | *******9642 | | | |
| For Period Ending: | 10/13/14 | | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/26/11 | 2 | TYFB, LLC<br>15548 W. GOOSE HOLLOW RD.<br>POLO, IL 61064-9248 | SALE PROCEEDS: REAL PROP | 1110-000 | 24,000.00 | | 24,000.00 |
| 07/29/11 | 21 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.02 | | 24,000.02 |
| 08/31/11 | 21 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.21 | | 24,000.23 |
| 09/30/11 | 21 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.20 | | 24,000.43 |
| 10/31/11 | 21 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.20 | | 24,000.63 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 30.58 | 23,970.05 |
| 11/30/11 | 21 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.20 | | 23,970.25 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 29.55 | 23,940.70 |
| 12/22/11 | 001000 | MCGREEVY WILLIAMS, P.C. | ATTORNEY'S FEES - 1st Fee Appl. | 3110-000 | | 6,390.00 | 17,550.70 |
| 12/22/11 | 001001 | MCGREEVY WILLIAMS, P.C. | ATTORNEY'S EXPENSES - 1ST FEE APPL. | 3120-000 | | 94.13 | 17,456.57 |
| 12/30/11 | 21 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.19 | | 17,456.76 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 28.72 | 17,428.04 |
| 01/19/12 | 21 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.09 | | 17,428.13 |
| 01/19/12 | | Transfer to Acct #*******3762 | Bank Funds Transfer | 9999-000 | | 17,428.13 | 0.00 |

| | | COLUMN TOTALS | 24,001.11 | 24,001.11 | 0.00 |
|---|---|---|---|---|---|
| | | Less: Bank Transfers/CD's | 0.00 | 17,428.13 | |
| | | Subtotal | 24,001.11 | 6,572.98 | |
| | | Less: Payments to Debtors | | 0.00 | |
| | | Net | 24,001.11 | 6,572.98 | |

Page Subtotals 24,001.11 24,001.11

Ver: 18.01

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 10)

FORM 2         Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**     Exhibit 9

| Case No: | 10-71509 -MLB | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|
| Case Name: | DIEHL, JAMIE | Bank Name: | CONGRESSIONAL BANK |
| | | Account Number / CD #: | *******3762 GENERAL CHECKING |
| Taxpayer ID No: | *******9642 | | |
| For Period Ending: | 10/13/14 | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/19/12 | | Transfer from Acct #*******3859 | Bank Funds Transfer | 9999-000 | 17,428.13 | | 17,428.13 |
| 06/19/12 | 000100 | INTERNATIONAL SURETIES, LTD. 701 POYDRAS ST., STE. 420 NEW ORLEANS, LA 70139 | BLANKET BOND - BOND #016018067 | 2300-000 | | 14.04 | 17,414.09 |
| * 04/08/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE | 2600-003 | | 16.70 | 17,397.39 |
| * 04/08/13 | | Reverses Adjustment OUT on 04/08/13 | BANK SERVICE FEE INCORRECT DATE - RE-ENTER TO SHOW DATE OF 3/8/13 ACTUAL DATE OF DEBIT | 2600-003 | | -16.70 | 17,414.09 |
| 04/08/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE (February, 2013) | 2600-000 | | 16.70 | 17,397.39 |
| 04/22/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE (March, 2013) | 2600-000 | | 18.47 | 17,378.92 |
| 05/09/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE - April, 2013 | 2600-000 | | 17.87 | 17,361.05 |
| 06/04/13 | 000101 | INTERNATIONAL SURETIES, LTD. ONE SHELL SQUARE 701 POYDRAS ST., STE. 420 NEW ORLEANS, LA 70139 | Blanket Bond | 2300-000 | | 14.34 | 17,346.71 |
| 06/04/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE - May, 2013 | 2600-000 | | 18.44 | 17,328.27 |
| 07/05/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE - June, 2013 | 2600-000 | | 17.81 | 17,310.46 |
| 08/05/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE (July, 2013) | 2600-000 | | 18.38 | 17,292.08 |
| 09/11/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE - August, 2013 | 2600-000 | | 18.36 | 17,273.72 |
| 10/03/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE - September, 2013 | 2600-000 | | 17.75 | 17,255.97 |
| 11/05/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE - October, 2013 | 2600-000 | | 18.32 | 17,237.65 |
| 12/05/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE - November, 2013 | 2600-000 | | 17.71 | 17,219.94 |
| 01/08/14 | | CONGRESSIONAL BANK | BANK SERVICE FEE - December, 2013 | 2600-000 | | 18.28 | 17,201.66 |
| 02/06/14 | | CONGRESSIONAL BANK | BANK SERVICE FEE - January, 2014 | 2600-000 | | 18.27 | 17,183.39 |
| 02/19/14 | 000102 | WIPFLI, LLP POB 3160 MILWAUKEE, WI 53201-3160 | ACCOUNTING FEES Invoice 779893 | 3410-000 | | 630.00 | 16,553.39 |
| 03/05/14 | | CONGRESSIONAL BANK | BANK SERVICE FEE - February, 2014 | 2600-000 | | 16.39 | 16,537.00 |

Page Subtotals     17,428.13     891.13

Ver: 18.01

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 11)*

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 10-71509 -MLB | | Trustee Name: | DANIEL M. DONAHUE |
| --- | --- | --- | --- | --- |
| Case Name: | DIEHL, JAMIE | | Bank Name: | CONGRESSIONAL BANK |
| | | | Account Number / CD #: | *******3762 GENERAL CHECKING |
| Taxpayer ID No: | *******9642 | | | |
| For Period Ending: | 10/13/14 | | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/07/14 | | CONGRESSIONAL BANK | BANK SERVICE FEE - March, 2014 | 2600-000 | | 17.56 | 16,519.44 |
| 05/08/14 | | CONGRESSIONAL BANK | BANK SERVICE FEE - April, 2014 | 2600-000 | | 16.98 | 16,502.46 |
| 06/04/14 | 000103 | INTERNATIONAL SURETIES, LTD. 701 POYDRAS ST., STE. 420 NEW ORLEANS, LA 70139 | Bond Premium (#016018067) | 2300-000 | | 13.37 | 16,489.09 |
| 06/04/14 | | CONGRESSIONAL BANK | BANK SERVICE FEE - May, 2014 | 2600-000 | | 17.52 | 16,471.57 |
| 09/10/14 | 000104 | DANIEL M. DONAHUE | Trustee Compensation | 2100-000 | | 3,150.11 | 13,321.46 |
| 09/10/14 | 000105 | MCGREEVY WILLIAMS | Attorney for Trustee Fees (Trustee | 3110-000 | | 2,610.00 | 10,711.46 |
| 09/10/14 | 000106 | MCGREEVY WILLIAMS | Attorney for Trustee Expenses (Trus | 3120-000 | | 206.27 | 10,505.19 |
| 09/10/14 | 000107 | Internal Revenue Service Box 21126 Philadelphia, PA 19114 | Claim 000011A, Payment 58.6% | 5800-000 | | 7,808.33 | 2,696.86 |
| 09/10/14 | 000108 | Illinois Department of Revenue Bankruptcy Section P.O. Box 64338 Chicago, IL 60664-0338 | Claim 000012, Payment 58.6% | 5800-000 | | 2,696.86 | 0.00 |

|  |  |  |  |
| --- | --- | --- | --- |
| COLUMN TOTALS | 17,428.13 | 17,428.13 | 0.00 |
| Less: Bank Transfers/CD's | 17,428.13 | 0.00 | |
| Subtotal | 0.00 | 17,428.13 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 17,428.13 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| --- | --- | --- | --- |
| MONEY MARKET - ********3859 | 24,001.11 | 6,572.98 | 0.00 |
| GENERAL CHECKING - ********3762 | 0.00 | 17,428.13 | 0.00 |
| | 24,001.11 | 24,001.11 | 0.00 |
| | (Excludes Account | (Excludes Payments | Total Funds |

Page Subtotals 0.00 16,537.00

Ver: 18.01

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 12)*

FORM 2

Page: 4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 10-71509 -MLB | | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|---|
| Case Name: | DIEHL, JAMIE | | Bank Name: | CONGRESSIONAL BANK |
| | | | Account Number / CD #: | *******3762 GENERAL CHECKING |
| Taxpayer ID No: | *******9642 | | | |
| For Period Ending: | 10/13/14 | | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | MONEY MARKET - ********3859 | | Transfers) | To Debtors) | On Hand |
| | | | GENERAL CHECKING - ********3762 | | | | |

Page Subtotals     0.00     0.00

Ver: 18.01

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 13)*